JOHN W. ZOBEL, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 11, 1949; decided October 21, 1949.

*Nathaniel Greenbaum* and *Benjamin H. Siff* for appellant.

*John P. McGrath, Corporation Counsel* (*Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion. [See 300 N. Y. 628.]

Concur: LEWIS, DESMOND, DYE and BROMLEY, JJ. Dissenting: LOUGHRAN, Ch. J., CONWAY and FULD, JJ.